No. 811.  GALE ET AL. *v.* UNION BAG & PAPER CORP. April 7, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. John J. Hennessy* for petitioners.  *Mr. David S. Atkinson* for respondent.

No. 814.  VERNON *v.* WILSON, WARDEN.  April 7, 1941. Petition for writ of certiorari to the Supreme Court of Alabama, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Walter S. Smith* for petitioner. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondent.

No. 799.  HACKNER ET AL. *v.* GUARANTY TRUST CO. ET AL. April 7, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application.  *Mr. Meyer Abrams* for petitioners.  *Mr. Ralph M. Carson* for respondents.

No. 784.  SUPERIOR TANNING CO. *v.* NATIONAL LABOR RELATIONS BOARD.  April 7, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Lewis F. Jacobson* and *David Silbert* for petitioner.  *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.